
*Amended*

# CHAPTER 13 PLAN

Case No.: 15-40636

Debtor(s): **Nancie P Newell**   SS#: **xxx-xx-0688**   Net Monthly Earnings: 1265.19

SS#: ___   Number of Dependents: **0**

1. **Plan Payments:**
   ( **X** ) Debtor(s) propose to pay direct a total of $ **1022.00**  ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly into the plan; or
   ( ___ ) Payroll deduction Order: To _____ for
   $ _____  ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is **36** months, and the total amount of debt to be distributed by the Trustee is $ **36,792.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **3000.00** ; **$500.00** paid pre-petition; $ **1650.00** to be paid at confirmation and remaining to be paid when funds are available.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| SELENE FINANCE | $13,908.32 | ☑ by Trustee ☐ by Debtor $295.83 | May 2015 | $8,665.17 | 15 | 0.00% | $240.70 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| C & R Title Pawn | $0.00 | $7,700.00 | $7,700.00 | $0.00 | 2010 Honda Odyssey | 5.25% | $231.64 | Conf |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:
   ☑ This is an original plan.
   ☑ This is an amended plan replacing plan dated **June 12, 2015**.
   ☑ This plan proposes to pay unsecured creditors approximately **100** %.
   ☑ Other Provisions: UNSECURED CREDITORS TO RECEIVE 5.25% INTEREST ADDED TO TOTAL CLAIM OWED.
   C & R Title Pawn: Debtor's daughter will pay $250.00 per month directly to Debtor to fund the $231.64 payment for debt owed to creditor on the 2010 Honda Odyssey in which the daughter drives.

Attorney for Debtor Name/Address/Telephone #    Date **June 15, 2015**    /s/ Nancie P Newell
/s/Christopher R. Messer
Christopher R. Messer                                                      Nancie P Newell
228 East 14th St.                                                          Signature of Debtor
Anniston, AL 36207
Telephone #  256-236-7222